THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0174-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOSE ALFREDO MALDONADO-RAMIREZ, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the United States' motion for entry of a protective order restraining certain forfeitable property (Dkt. No. 270) (the "Motion"). The Motion seeks a protective order as to the following property:

1. All of the following items that were seized on or about November 2, 2021 at 1570 SW Minterbrook Road, Port Orchard, WA 98367, a residence associated with Douglas Bryan Healer ("Subject Property 1"):

    a. One Masterpiece Arms 9mm handgun with fake suppressor, bearing serial number F11388 and magazine;

    b. One Windham Weaponry WW-15 .223/5.56 caliber rifle, bearing serial number WW147132, and magazine with 29 rounds of ammunition;

        c.      One Hi-Standard Model "B" .22 caliber handgun, bearing serial number 50898;

        d.      One Rossi / Interarms .38 Special .38 caliber revolver, bearing serial number W054707;

        e.      One Sterling Arms .25 caliber pistol, bearing serial number 039058;

        f.      One Smith & Wesson Model 686 .357 Magnum revolver, bearing serial number BEJ7819;

        g.      One Walther PPK/S .380 caliber handgun, bearing serial number S125399;

        h.      One Smith & Wesson Model 43 .22 caliber revolver, bearing serial number M63784;

        i.      One lock box and key;

        j.      One Stevens Model 62 .22 caliber rifle, bearing serial number L355678;

        k.      One Savage Arms Springfield 840 .30-30 caliber rifle, bearing serial number 142377;

        l.      One Marlin 336RC .30-30 caliber rifle, bearing serial number F33105;

        m.      One Ruger 10/22RB .22 caliber rifle with scope, bearing serial number 359-05555;

        n.      One SKS 7.62x39 caliber rifle, bearing serial number 2380147 or 023471;

        o.      One Marlin 28 12-gauge shotgun, bearing serial number 12017;

        p.      One Mauser Argentino 1891 rifle, bearing serial number C0076;

        q.      One Ruger 10/22 .22 caliber rifle with scope, bearing serial number 236-64394;

        r.      One Mossberg Maverick 88 12-gauge shotgun, bearing serial number MV0023021;

        s.      One Mossberg 500C 20-gauge shotgun, bearing serial number R623730;

  t. One SKS 7.62x39 rifle, bearing serial number HHH1317 or CCP04584;

  u. One Golden State Arms 1946 rifle, bearing serial number 12105;

  v. One Squires Bingham M20 .22 caliber rifle, bearing serial number 23-9418200;

  w. One Harrington & Richardson Sportster .17 HMR rifle with scope, bearing serial number NT237335;

  x. One Homemade AR-15 style .223/5.56 caliber rifle, bearing no serial number;

  y. One Homemade AR-15 style .223/5.56 caliber rifle with red dot optic, bearing no serial number;

  z. One Walther PPK/S .380 caliber pistol, bearing serial number S079907;

  aa. One Madison Import .22 caliber revolver, bearing serial number 281686;

  bb. One Ruger Super Blackhawk .44 Magnum revolver, bearing serial number 25788;

  cc. One Mauser HSC .32 caliber pistol, bearing serial number 762657;

  dd. One Colt DA 38 Special .38 caliber revolver, bearing serial number 194;

  ee. One Colt 1903 .32 caliber pistol, bearing serial number 112734;

  ff. One Remington US Army M1911A1 .45 ACP handgun, bearing serial number 1095020;

  gg. One Colt Lawman MK III .357 Magnum revolver, bearing serial number L28490;

  hh. One Colt MKIV Series 70 .45 ACP handgun, bearing serial number 77935G70;

  ii. One bolt action rifle, bearing serial number 70351; and

  jj. Any associated ammunition, magazines, cartridges, and accessories.

2. One 2016 Dodge Challenger, VIN #2C3CDZFJ7GH263862, seized on or about November 2, 2021 at 1570 SW Minterbrook Road, Port Orchard, WA 98367, a residence associated with Douglas Bryan Healer ("Subject Property 2");

3. One Sig Sauer SP2022 9mm pistol, bearing serial number SO0172075 with associated magazine and ammunition, seized on or about November 2, 2021 at 134 Elm Street, Unit B, Bremerton, WA, 98310, a residence associated with Joseph Troy Easton ("Subject Property 3");

4. One Sig Sauer P238 .38 caliber pistol bearing serial number 27B019762, seized on or about October 28, 2021 at 8712 Ramona Street, Bellflower, CA 90706, a residence associated with Iris Adriana Amador-Garcia and Mario Alberto Amador-Garcia ("Subject Property 4");

5. One Colt 1911A1 .45 caliber pistol, bearing serial number N2731649, seized on or about October 28, 2021 at 8712 Ramona Street, Bellflower, CA 90706, a residence associated with Iris Adriana Amador-Garcia and Mario Alberto Amador-Garcia ("Subject Property 5"); and

6. $91,000 U.S. Currency, seized on or about October 28, 2021 at 8712 Ramona Street, Bellflower, CA 90706, a residence associated with Iris Adriana Amador-Garcia and Mario Alberto Amador-Garcia ("Subject Property 6").

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Drug Enforcement Administration ("DEA") Special Agent ("SA") Steven J. Meyer, and there being no timely objection, hereby FINDS that entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

- The United States gave notice in the Superseding Indictment of its intent to pursue forfeiture of any proceeds of, and property that facilitated, the Conspiracy to Distribute Controlled Substances (Dkt. No. 40);

- The United States also gave notice of its intent to pursue forfeiture in the Forfeiture Bill

- of Particulars, which specifically identifies the Subject Property (Dkt. No. 269);
- Based on the facts set forth in SA Meyer's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' Motion for a protective order restraining the Subject Property pending the conclusion of this case (Dkt. No. 270) is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

DATED this 10th day of May 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE