The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFREDO MALDONADO-RAMIREZ, *et al.*,<br><br>Defendants. | CASE NO. CR21-174-JCC<br><br>[~~PROPOSED~~]<br><br>**AMENDED PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for an Amended Protective Order Restraining Certain Forfeitable Property ("Amended Motion"), of the following property:

a. All of the following items that were seized on or about November 2, 2021 at 1570 SW Minterbrook Road, Port Orchard, WA 98367 (the "Minterbrook Residence"), a residence associated with Douglas Bryan Healer ("Subject Property 1"):

   i. One Masterpiece Arms 9mm handgun with fake suppressor, bearing serial number F11388 and magazine;

   ii. One Windham Weaponry WW-15 .223/5.56 caliber rifle, bearing serial number WW147132 and magazine with 29 rounds of ammunition;

Amended Protective Order to Restrain Forfeitable Property - 1
*United States v. Maldonado-Ramirez, et al.,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   iii.   One Hi-Standard Model "B" .22 caliber handgun, bearing serial number 50898;
2   iv.    One Rossi / Interarms .38 Special .38 caliber revolver, bearing serial number W054707;
3   v.     One Sterling Arms .25 caliber pistol, bearing serial number 039058;
4   vi.    One Smith & Wesson Model 686 .357 Magnum revolver, bearing serial number BEJ7819;
5   vii.   One Walther PPK/S .380 caliber handgun, bearing serial number S125399;
6   viii.  One Smith & Wesson Model 43 .22 caliber revolver, bearing serial number M63784;
7   ix.    One lock box and key;
8   x.     One Stevens Model 62 .22 caliber rifle, bearing serial number L355678;
9   xi.    One Savage Arms Springfield 840 .30-30 caliber rifle, bearing serial number 142377;
10  xii.   One Marlin 336RC .30-30 caliber rifle, bearing serial number F33105;
11  xiii.  One Ruger 10/22RB .22 caliber rifle with scope, bearing serial number 359-05555;
12  xiv.   One SKS 7.62x39 caliber rifle, bearing serial number 2380147 or 023471;
13  xv.    One Marlin 28 12-gauge shotgun, bearing serial number 12017;
14  xvi.   One Mauser Argentino 1891 rifle, bearing serial number C0076;
15  xvii.  One Ruger 10/22 .22 caliber rifle with scope, bearing serial number 236-64394;
16  xviii. One Mossberg Maverick 88 12-gauge shotgun, bearing serial number MV0023021;

Amended Protective Order to Restrain Forfeitable Property - 2
*United States v. Maldonado-Ramirez, et al.*, CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

xix. One Mossberg 500C 20-gauge shotgun, bearing serial number R623730;

xx. One SKS 7.62x39 rifle, bearing serial number HHH1317 or CCP04584;

xxi. One Golden State Arms 1946 rifle, bearing serial number 12105;

xxii. One Squires Bingham M20 .22 caliber rifle, bearing serial number 23-9418200;

xxiii. One Harrington & Richardson Sportster .17 HMR rifle with scope, bearing serial number NT237335;

xxiv. One Homemade AR-15 style .223/5.56 caliber rifle, bearing no serial number;

xxv. One Homemade AR-15 style .223/5.56 caliber rifle with red dot optic, bearing no serial number;

xxvi. One Walther PPK/S .380 caliber pistol, bearing serial number S079907;

xxvii. One Madison Import .22 caliber revolver, bearing serial number 281686;

xxviii. One Ruger Super Blackhawk .44 Magnum revolver, bearing serial number 25788;

xxix. One Mauser HSC .32 caliber pistol, bearing serial number 762657;

xxx. One Colt DA 38 Special .38 caliber revolver, bearing serial number 194;

xxxi. One Colt 1903 .32 caliber pistol, bearing serial number 112734;

xxxii. One Remington US Army M1911A1 .45 ACP handgun, bearing serial number 1095020;

xxxiii. One Colt Lawman MK III .357 Magnum revolver, bearing serial number L28490;

xxxiv. One Colt MKIV Series 70 .45 ACP handgun, bearing serial number 77935G70;

xxxv. One bolt action rifle, bearing serial number 70351;

Amended Protective Order to Restrain Forfeitable Property - 3
*United States v. Maldonado-Ramirez, et al.,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | xxxvi. | One Ruger AR-556 5.56 caliber rifle with scope bearing serial number |
| 2 | | 852-83940; |
| 3 | xxxvii. | One Winchester 94 .32 caliber rifle bearing serial number 1964653; |
| 4 | xxxviii. | One Springfield Armory 1894 rifle bearing serial number 7538; |
| 5 | xxxix. | One Savage Stevens 258A 20 gauge shotgun with an unknown serial |
| 6 | | number; |
| 7 | xl. | One Remington 740 .308 Win rifle bearing serial number 121822; |
| 8 | xli. | One .30-06 Bolt Action rifle bearing serial number 86633; |
| 9 | xlii. | One Terni 1939 7.35mm rifle bearing serial number 1460; |
| 10 | xliii. | One SKS 7.62x39 rifle bearing serial number 160993 or 125120; |
| 11 | xliv. | One Remington 1903 rifle bearing serial number 3165915; |
| 12 | xlv. | One bolt-action rifle bearing serial number 16740; |
| 13 | xlvi. | One Remington 550-1 .22 caliber rifle bearing serial number LD9; |
| 14 | xlvii. | One Springfield US Army M1 .30 caliber rifle bearing serial number |
| 15 | | 3552281; |
| 16 | xlviii. | One Westernfield M550B 16 gauge shotgun with an unknown serial |
| 17 | | number; |
| 18 | xlix. | One Ruger American .30-06 rifle with scope bearing serial number 691- |
| 19 | | 28626; |
| 20 | l. | One Winchester 70 7mm Rem Mag rifle with scope bearing serial |
| 21 | | number G2185133; |
| 22 | li. | One unknown caliber rifle bearing serial number F9887; |
| 23 | lii. | One Springfield 1898 rifle bearing serial number 292124; |
| 24 | liii. | One Marlin rifle bearing serial number 101885; |
| 25 | liv. | One unknown caliber rifle bearing serial number 4294; |
| 26 | lv. | One Enfield NO4MKI rifle bearing serial number N23063; |
| 27 | | |

Amended Protective Order to Restrain Forfeitable Property - 4
*United States v. Maldonado-Ramirez, et al.*, CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |   |
|---|---|---|
| | lvi. | One Remington 11 12 gauge shotgun bearing serial number 351442; and |
| | lvii. | Any associated ammunition, magazines, cartridges, and accessories. |
| b. | | One 2016 Dodge Challenger, VIN #2C3CDZFJ7GH263862, seized on or about November 2, 2021 at 1570 SW Minterbrook Road, Port Orchard, WA 98367, a residence associated with Douglas Bryan Healer ("Subject Property 2"); |
| c. | | One Sig Sauer SP2022 9mm pistol, bearing serial number SO0172075 with associated magazine and ammunition, seized on or about November 2, 2021 at 134 Elm Street, Unit B, Bremerton, WA, 98310, a residence associated with Joseph Troy Easton ("Subject Property 3"); |
| d. | | One Sig Sauer P238 .38 caliber pistol bearing serial number 27B019762, seized on or about October 28, 2021 at 8712 Ramona Street, Bellflower, CA 90706, a residence associated with Iris Adriana Amador-Garcia and Mario Alberto Amador-Garcia ("Subject Property 4"); |
| e. | | One Colt 1911A1 .45 caliber pistol, bearing serial number N2731649, seized on or about October 28, 2021 at 8712 Ramona Street, Bellflower, CA 90706, a residence associated with Iris Adriana Amador-Garcia and Mario Alberto Amador-Garcia ("Subject Property 5"); and |
| f. | | $91,000 U.S. Currency, seized on or about October 28, 2021 at 8712 Ramona Street, Bellflower, CA 90706, a residence associated with Iris Adriana Amador-Garcia and Mario Alberto Amador-Garcia ("Subject Property 6"). |

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Amended Motion and the supporting Declaration of Drug Enforcement Administration ("DEA") Special Agent ("SA") Steven J. Meyer, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

Amended Protective Order to Restrain Forfeitable Property - 5
*United States v. Maldonado-Ramirez, et al.,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice in the Superseding Indictment of its intent to pursue forfeiture of any proceeds of, and property that facilitated the Conspiracy to Distribute Controlled Substances (Dkt. No. 40);
- The United States also gave notice of its intent to pursue forfeiture of specific property in the Forfeiture Bill of Particulars, which specifically identifies the Subject Property, other than the items designated Subject Property (xxxvi) – (lvi) (Dkt. No. 269);
- The Court found probable cause to believe the Subject Property, other than the items designated Subject Property (xxxvi) – (lvi), is subject to forfeiture in this case and that its current restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate (Dkt. No. 278);
- In a Second Forfeiture Bill of Particulars (Dkt. No. 319), the United States gave notice of its intent to pursue forfeiture of additional property also seized from the safes in the Minterbrook Residence, but inadvertently omitted from the list of property identified in the Forfeiture Bill of Particulars (Dkt. No. 269) and the Motion for Protective Order (Dkt. No. 270);
- In this Amended Motion, the United States seeks an Amended Protective Order that includes the additional property identified in the Second Forfeiture Bill of Particulars and designated herein as Subject Property 1 (xxxvi) – (lvi);
- Based on the facts set forth in SA Meyer's Declaration, there is probable cause to believe that all of the Subject Property, including that property designated herein as Subject Property 1 (xxxvi) – (lvi), is subject to forfeiture in this case; and
- To ensure that all of the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

Amended Protective Order to Restrain Forfeitable Property - 6
*United States v. Maldonado-Ramirez, et al.,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for an amended protective order restraining the Subject Property pending the conclusion of this case (Dkt. No. 320) is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 24th day of August, 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Amended Protective Order to Restrain Forfeitable Property - 7
*United States v. Maldonado-Ramirez, et al.,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970