UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. 2:21-cr-00174-JCC |
| | ) |
| v. | ) ORDER ON STATUS REPORTS |
| | ) BY THE COORDINATING |
| (1)  JOSE ALFREDO MALDONADO-RAMIREZ, | ) DISCOVERY ATTORNEY |
| (2)  IRIS ADRIANA AMADOR-GARCIA, | ) |
| (3)  AMADO PEDRO CASTILLO, | ) |
| (4)  MILDRED ADRIANA RAMIREZ-PEREZ, | ) |
| (5)  MARIO ALBERTO AMADOR-GARCIA, | ) |
| (6)  JOSE NOLBERTO BERNAL, | ) |
| (7)  FERNANDO ALCIDES LOPEZ-MENDEZ, | ) |
| (8)  JUSTINO CRUZ-VICTORIO, | ) |
| (9)  BAYRON EBERTO GARCIA-PEREZ, | ) |
| (10) DWAYNE DOUGLAS GEORGE, | ) |
| (11) JOSEPH TROY EASTON, | ) |
| (12) ANGELIQUE MARIE EASTON, | ) |
| (13) JERRY WAYNE KOHL, | ) |
| (14) DOUGLAS BRYAN HEALER, | ) |
| (15) BARBI DANAE BARNES, | ) |
| (16) PRESTON JOSEPH SMITH, and | ) |
| (17) CURTIS ROBERT GRIFFIN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

On January 14, 2022, the Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY - 1

The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

*U.S. v. Maldonado-Ramirez et al.*, 2:21-cr-00174-JCC, Document 218, Order Appointing a Coordinating Discovery Attorney, January 14, 2022, p. 3.

With only sentencing hearings left, the Government has stopped producing discovery. There are no expenses for the CDA to monitor because Invendica is providing its e-discovery review database service at no cost. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- However, the CDA shall file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 2nd day of August 2024.

John C. Coughenour
United States District Court Judge