THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

IRIS AMADOR-GARCIA,

Defendant.

CASE NO. CR21-0174-JCC-2

ORDER

This matter comes before the Court on defense counsel Michele Shaw's motion to withdraw (Dkt. No. 882). Having thoroughly considered the record, the Court GRANTS the motion for the reasons explained herein.

An attorney may not withdraw an appearance in any case without leave of the court. CrR 62.2. The Court also retains discretion to grant or deny withdrawal at any time. *See, e.g.*, *Putz v. Golden*, 2012 WL 13019202, slip op. at 3 (W.D. Wash. 2012). When evaluating a motion to withdraw, courts may consider a variety of factors, including: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Russell v. Samec*, 2021 WL 3130053, slip op. at 1 (W.D. Wash. 2021) (internal citations omitted).

ORDER
CR21-0174-JCC-2
PAGE - 1

Defendant has been sentenced and judgment has issued. (*See* Dkt. No. 879.) And there are no other pending items in this matter. Moreover, Ms. Shaw indicates Defendant has already filed a pro se notice of appeal and that Ms. Shaw also seeks to withdraw (and have replacement counsel appointed) for Defendant's ongoing appeal. (*See* Dkt. No. 882 at 2.) Thus, the Court sees no prejudice from withdrawal here as to any party or to the administration of justice.

Accordingly, the Court GRANTS the motion (Dkt. No. 882). The Clerk is DIRECTED to mail a copy of this order to Defendant at the address provided at pg. 3 of docket number 882.

So ORDERED this 15th day of June 2026

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0174-JCC-2
PAGE - 2